UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kendera L. Bell                                    Docket No. 5:15-MJ-1916-JG-1

**Petition for Action on Probation**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kendera L. Bell, who upon an earlier plea of guilty to 21 U.S.C. § 844, Simple Possession of Marijuana, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on August 4, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 6, 2016, Bell submitted to urine testing and the result was positive for marijuana. She was confronted with this result on January 3, 2017, and admitted using marijuana on or about October 31, November 22, and December 23, 2016. She was admonished for engaging in illegal drug use while on supervision and she attributed her use to being depressed over her sister's death and other family issues. She has been referred to drug treatment and testing and is currently employed. Therefore, it is recommended the court continue supervision but require Bell to participate in a cognitive behavioral program administered by the U.S. Probation Office. This program, coupled with outpatient drug treatment, should address all treatment issues and help deter further drug use. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Robert L. Thornton                        /s/ John A. Cooper
Robert L. Thornton                            John A. Cooper
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              2 Princess Street, Suite 308
                                              Wilmington, NC 28401-3958
                                              Phone: 910-679-2046
                                              Executed On: January 4, 2017

**ORDER OF THE COURT**

Considered and ordered this ___6___ day of ___January___, 2017, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge